WILLIAM R. MONKS, Respondent, v. ORANGE COUNTY INDEPENDENT CORPORATION, Appellant.— Action against the owner and publisher of a daily newspaper to recover damages for libel. The action is based upon the publication of a news item in which the plaintiff, a white man, is described as a negro, and in which it is stated that plaintiff, when in court on a charge brought against him by his wife, had made a statement to the effect that his wife had had him in court many times for non-support and on other charges. Defendant appeals from an order denying its motion to dismiss the complaint on the ground that it did not state facts sufficient to constitute a cause of action. Order affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young and Davis, JJ., concur; Scudder and Tompkins, JJ., dissent and vote to reverse and to dismiss the complaint.

ANNA PIERDILUCA, Respondent, v. JOSEPH PALMUCCI, Appellant.— Order of the City Court of Mount Vernon granting plaintiff's motion for examination of defendant before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

LORETTA POWERS and Another, Respondents, v. JAMES BUTLER GROCERY COMPANY, Appellant.— Action by plaintiff Loretta Powers to recover damages for personal injuries sustained when she fell through an opening in the floor of defendant's store; and by her husband, William Powers, for damages for medical expenses and loss of services. Judgment for plaintiffs unanimously affirmed, with costs. (See *McNally* v. *Oakwood*, 210 App. Div. 612; affd., 240 N. Y. 600.) Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARCHIBALD MUNKS, Appellant.— Defendant was indicted for murder in the first degree. On the trial the court held that conviction could not be had on the evidence as to that charge, but submitted the questions to the jury as to whether he was guilty of the crime of murder in the second degree, manslaughter in the first degree or manslaughter in the second degree. The defendant was found guilty on the last named charge. The defendant, admittedly being a fourth offender under section 1942 of the Penal Law, was sentenced to Sing Sing Prison for a minimum of thirty years and the maximum his natural life. Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BETTY HOFKNECHT, Appellant, v. SOPHIE SPEVACK, Respondent.— Appeal from order dismissing writ of habeas corpus obtained by a mother who seeks possession of an illegitimate child. Order affirmed, without costs. We do not decide any question that may properly arise in the matter of adoption. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.